IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MUROLET IP LLC a/k/a MUROLET, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCHINDLER HOLDING LTD. a/k/a SCHINDLER GROUP AG, and SCHINDLER ELEVATOR CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-01011-ADA |

## JOINT MOTION TO DISMISS

Plaintiff Murolet IP LLC a/k/a Murolet, LLC ("Plaintiff") and Defendants Schindler Holding Ltd. a/k/a Schindler Group, AG and Schindler Elevator Corporation ("Defendants") (collectively, the "Parties"), together file this Joint Motion to Dismiss. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties respectfully request that all claims asserted by Plaintiff against Defendants be dismissed with prejudice, with each party to bear its own attorneys' fees, costs of court, and expenses.

A proposed order is attached.

Dated: March 30, 2023

| | |
|---|---|
| */s/ Zachary H. Ellis* | */s/Travis R. Wimberly* |
| Zachary H. Ellis* | Travis R. Wimberly |
| Texas State Bar No. 24122606 | Texas State Bar No. 24075292 |
| zellis@daignaultiyer.com | **PIRKEY BARBER PLLC** |
| Tel. 512-829-7992 | 1801 East 6th Street |
| | Suite 300 |
| Ronald M. Daignault (pro hac vice)* | Austin, TX 78702 |
| Chandran B. Iyer (pro hac vice) | twimberly@pirkeybarber.com |
| Oded Burger (pro hac vice)* | Tel. 512-334-8497 |
| Tedd W. Van Buskirk (pro hac vice)* | |
| rdaignault@daignaultiyer.com | Jon W. Gurka |
| cbiyer@daignaultiyer.com | **KNOBBE MARTENS OLSON & BEAR, L.L.P.** |
| oburger@daignaultiyer.com | 2040 Main Street, 14th Floor |
| tvanbuskirk@daignaultiyer.com | Irvine, CA 92614 |
| **DAIGNAULT IYER LLP** | (949) 760-0404 |
| 8618 Westwood Center Drive - Suite 150 | Email: jon.gurka@knobbe.com |
| Vienna, VA 22182 | |

*Attorneys for Plaintiff Murolet Licensing Solutions LLC*

*Attorneys for Defendants Schindler Holding Ltd. a/k/a Schindler Croup AG, and Schindler Elevator Corporation*

*Not admitted to practice in Virginia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on counsel of record for Defendants via the Court's CM/ECF system on March 30, 2023.

/s/ *Zachary H. Ellis*
Zachary H. Ellis